UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TYSHON D. LAWS,

    Plaintiff,

v.

HON. STEPHEN MCGLYNN,

    Defendant.

Case No. 24-cv-2470-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: November 20, 2024**

                                        **MONICA A. STUMP, Clerk of Court**

                                        **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**